In re Arimah, Ify; — Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Lafayette, Lafayette City Court, Nos. CC 1999-03867, CC 1999-3868, CC 1999-3869, CC 1999-3870, CC 1999-3871, CC 1999-3876, CC 1999-3878, 1999-3880, CC 1999-3882, CC 1999-3884, CC 1999-3886, CC 1999-3888, CC 1999-3890, CC 1999-3892, CC 1999-3894, CC 1999-3896, CC 1999-3898, CC 1999-3900, CC 1999-3902, CC 1999-3904, CC 1999-3905, CC 1999-3907, CC 1999-3909, CC 1999-3911,; 15th Judicial District Court Div. C, No. 87633; to the Court of Appeal, third Circuit, No. KW 00-01659.
Denied.